

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

NORTHERN DIVISION

**FILED**

JUL 2 1 2026

CLERK'S OFFICE
DETROIT
DETROIT

UNITED STATES OF AMERICA,

    Plaintiff,

                               Case No. 1:09-cr-20023-TLL-PTM-10

v.

JOANNE TRAGAS,

    Defendant.

---

### DEFENDANT'S MOTION TO STAY BRIEFING,
### HOLD ECF NO. 532 IN ABEYANCE,
### AND FOR LEAVE TO FILE SUPPLEMENTAL DOCUMENTATION

---

Defendant Joanne Tragas, proceeding pro se, respectfully moves this Court to stay further briefing, hold Defendant's Motion for Early Termination of Supervised Release, ECF No. 532, in abeyance, and permit Defendant to file supplemental documentation. In support of this request, Defendant states as follows:

**1.** Defendant filed a Motion for Early Termination of Supervised Release pursuant to 18 U.S.C. § 3583(e)(1), docketed as ECF No. 532.

**2.** On July 2, 2026, the United States filed a Motion for Enlargement of Time to File a Response, requesting additional time to respond to ECF No. 532.

**3.** Defendant does not oppose the Government's request for additional time.

**4.** Since Defendant filed ECF No. 532, serious family circumstances have arisen that materially affect Defendant's ability to complete and supplement the record at this time.

5. Defendant's mother, Matina Kolomvakou, passed away in Greece on July 9, 2026. A copy of the Greek Extract of Death Registration Act is attached hereto as Exhibit A. Because this document is issued in Greek, Defendant will provide a certified English translation if required by the Court.

6. Defendant had to travel to Greece under urgent family circumstances and is presently in Greece.

7. Defendant is in the process of obtaining and organizing additional official documentation related to her mother's passing. Not all documentation is yet available for submission to this Court.

8. Defendant is currently scheduled to return to Toronto, Ontario, Canada on or about July 30, 2026.

9. After returning to Toronto, Defendant has medical appointments scheduled in August 2026 and may require additional medical treatment or possible surgery. Defendant does not seek to burden the Court with private medical detail, but respectfully advises the Court that these circumstances may affect her ability to immediately gather, organize, and file supplemental materials.

10. Defendant intends to file supplemental documentation in support of ECF No. 532, including documentation related to her mother's passing and any other materials relevant to the Court's consideration.

11. Because Defendant is proceeding pro se, is presently outside Canada due to her mother's passing, and has upcoming medical matters following her return to Toronto, Defendant respectfully requests that the Court stay further briefing and hold ECF No. 532 in abeyance pending Defendant's supplemental filing.

12. Defendant respectfully requests leave to file supplemental documentation on or before November 15, 2026.

13. Defendant respectfully requests that the Government's response deadline run after Defendant files her supplemental documentation, or according to any schedule the Court deems appropriate.

14. This request is made in good faith and is based on genuine family, travel, document-gathering, and medical circumstances. Defendant is not seeking to prejudice any party and is not seeking any improper advantage.

WHEREFORE, Defendant respectfully requests that this Court:

1. stay further briefing on ECF No. 532;

2. hold Defendant's Motion for Early Termination of Supervised Release, ECF No. 532, in abeyance pending Defendant's supplemental filing;

3. grant Defendant leave to file supplemental documentation on or before November 15, 2026;

4. permit the Government to respond after Defendant files her supplemental documentation, or according to any schedule the Court sets; and

5. grant any further relief the Court deems just and proper.


Respectfully submitted,

_____
**JOANNE TRAGAS**

## CERTIFICATE OF SERVICE

I certify that on July 17, 2026, I mailed a copy of this Motion to:

United States Attorney's Office

Eastern District of Michigan

211 W. Fort Street, Suite 2001

Detroit, MI 48226


and


United States Probation Office

Eastern District of Michigan

231 W. Lafayette Blvd., Room 700

Detroit, MI 48226


JOANNE TRAGAS

Date: July 17, 2026

# EXHIBIT

# A

Greek Extract of Death Registration Act

for Matina Kolomvakou

Redacted Preliminary Proof of Death



Χαρακτηριστικό Ασφαλείας: 058861246-CRE4QGzh3dXveU6FFPQ7WA

ΕΛΛΗΝΙΚΗ ΔΗΜΟΚΡΑΤΙΑ

Μαγούλα Δήμου Σπάρτης, 16/07/2026
Αριθ.Πρωτ.: Δ.Υ.

| | |
|---|---|
| ΝΟΜΟΣ | Λακωνίας |
| ΔΗΜΟΣ | Σπάρτης |
| ΛΗΞΙΑΡΧΕΙΟ | Δ.Ε. Μυστρά |
| Δ/ΝΣΗ | Μαγούλα Δήμου Σπάρτης, ΤΚ 23100 |
| Τηλέφωνο | 2731361104 |

## Απόσπασμα Ληξιαρχικής Πράξης Θανάτου

**ΣΤΟΙΧΕΙΑ ΛΗΞ. ΠΡΑΞΗΣ**

| | |
|---|---|
| Χαρακτηριστικό Ασφαλείας: | 058861246-CRE4QGzh3dXveU6FFPQ7WA |
| Στοιχεία Ληξ. Πράξης Θανάτου (Αριθμός/Τόμος/έτος): | 47/1/2026 |
| Ημερομηνία Δήλωσης: | 13/07/2026 09:36 |

**ΣΤΟΙΧΕΙΑ ΘΑΝΟΝΤΟΣ**

| | |
|---|---|
| Επώνυμο: | Κολομβάκου |
| Όνομα: | Ματίνα |
| Πατρώνυμο: | Αποστολάκος  Δημήτριος |
| Μητρώνυμο: | Αποστολάκου  Ασπασία |
| Ιθαγένεια: | Ελληνική |
| Θρήσκευμα: | Χριστιανός(η) Ορθόδοξος(η) |
| Τόπος Γέννησης:<br>(Δημ/Τοπ.Κοιν., Δημ.Ενότ., Δήμος, Νομός, Χώρα) | Γυθείου, Γυθείου, Ανατολικής Μάνης, Λακωνίας, Ελλάδα |
| Οικισμός Γέννησης: | |
| Ημερομηνία Γέννησης: | 11/11/1939 |
| Τόπος Κατοικίας:<br>(Οδός Αριθμός, ΤΚ, Τοπ. Κοινότητα, Δημ. Ενότητα, Δήμος, Νομός, Χώρα) | Λυσάνδρου 24, 23100, Σπαρτιατών, Σπαρτιατών, Σπάρτης, Λακωνίας, Ελλάδα |
| Ηλικία: | 86 ετών |
| Δήμος Εγγραφής: | Σπάρτης , Λακωνίας |
| Αριθμός Δημοτολογίου: | 8700/2 |
| Οικογενειακή Κατάσταση: | Χήρος(α) |
| Επάγγελμα: | Συνταξιούχος |
| Είδος Ταυτότητας: | ΑΣΤΥΝΟΜΙΚΗ ΤΑΥΤΟΤΗΤΑ |
| Αριθμός Ταυτότητας: | Τ940199 |
| Ημ. Εκδ. Ταυτότητας: | 25/11/1999 |
| Α.Φ.Μ. | 104280583 |
| Α.Μ.Κ.Α. | 17113900660 |
| Φορείς Ασφάλισης: | 1) ΙΚΑ<br>2)<br>3) |

**ΣΤΟΙΧΕΙΑ ΘΑΝΑΤΟΥ**

| | |
|---|---|
| Μέρος: | Ιδιωτική Κατοικία |
| Τόπος:<br>(Οδός Αριθμός ,ΤΚ, Δημ/Τοπ.Κοιν, Δημ Ενότητα, Δήμος, Νομός, Χώρα) | Λυσάνδρου 24, 23100, Σπαρτιατών, Σπαρτιατών, Σπάρτης, Λακωνίας, Ελλάδα |
| Ημερομ.: | 09/07/2026 |
| Ώρα: | 19:00 |
| Αιτία: | Αναπνευστική ανεπάρκεια, Ν. Alzheimer, βηματοδότης, κατακλίσεις. |

**ΣΤΟΙΧΕΙΑ ΣΥΖΥΓΟΥ**

| | |
|---|---|
| Επώνυμο: | Κολομβάκος |
| Όνομα: | Γεώργιος |

**ΠΑΡΑΤΗΡΗΣΕΙΣ**



Κωδικός Ληξιαρχείου: 321430000001

Σελίδα 1 από 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JOANNE TRAGAS,

    Defendant.

Case No. 1:09-cr-20023-TLL-PTM-10

---

## ORDER GRANTING DEFENDANT'S MOTION TO STAY BRIEFING,
## HOLD ECF NO. 532 IN ABEYANCE,
## AND FOR LEAVE TO FILE SUPPLEMENTAL DOCUMENTATION

---

Upon consideration of Defendant Joanne Tragas's Motion to Stay Briefing, Hold ECF No. 532 in Abeyance, and for Leave to File Supplemental Documentation, and for good cause shown,

IT IS HEREBY ORDERED that:

1. Further briefing on ECF No. 532 is STAYED pending Defendant's supplemental filing.

2. Defendant's Motion for Early Termination of Supervised Release, ECF No. 532, is held IN ABEYANCE pending Defendant's supplemental filing.

3. Defendant is granted leave to file supplemental documentation on or before November 15, 2026.

4. The Government may respond to Defendant's Motion, ECF No. 532, and any supplemental documentation after Defendant files her supplemental materials, or according to such other schedule as the Court may set.

IT IS SO ORDERED.

Date: _____

_____

United States District Judge

Eastern District of Michigan

EXTREMELY URGENT

EXTREMELY URGENT



RECEIVED
JUL 21 2026
THOMAS L. LUDINGTON
U.S. DISTRICT JUDGE

353-5038 - AC

ORIGIN ID:SCFA          (417) 591-9211
JOANNE TRAGAS
REG NO.: 51090-018
225 W. DUPRE ST.,

WASHINGTON, LA 70589
UNITED STATES US

SHIP DATE: 17JUL26
ACTWGT: 0.10 LB
CAD: 265453633/FAPI2208

BILL SENDER

TO   CLERK OF COURT
     UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF MICHIGAN

     BAY CITY MI 48707
     (417) 591-9211          REF: 1
     INV: 144543233
     PO:                     DEPT:

FedEx
Express

E

TUE - 21 JUL 5:00P
** 2DAY **

TRK#
0201   8745 3120 0712

ST MBSA

48707
MI-US   FNT

4454323
00001

U.S. MARSHALS

RECEIVED
JUL 24 2026
CLERK'S OFFICE
DETROIT