UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                              Case No. 1:09-cr-20023-10

        Plaintiff,

                              HONORABLE STEPHEN J. MURPHY, III

v.

JOANNE TRAGAS,

        Defendant.

                            /

## ORDER GRANTING MOTION FOR LEAVE
## TO FILE SUPPLEMENTAL DOCUMENTATION [535]

Defendant Joanne Tragas, proceeding pro se, moved for early termination of supervised release. ECF No. 532. The Government then moved to extend the time to respond, because it was "in the process of attempting to verify the information" in Defendant's motion. ECF No. 533, PageID.4458. The Court granted the Government's motion and ordered the Government to respond by October 5, 2026. ECF No. 534. Defendant then moved to hold her motion in abeyance and for leave to file supplemental documentation. ECF No. 535, PageID.4463. She wants to provide information related to her mother's recent passing, but travel, family, and medical obligations will delay her ability to provide the information. *Id.* Defendant thus requested leave to file the additional documentation by November 15, 2026.

Because the Government already asked for an extension and did not object to Defendant's instant request, the Court will grant the motion. The Court will permit

1

Defendant to supplement her original motion no later than November 15, 2026. The Government must respond to Defendant's motion no later than December 15, 2026.

**WHEREFORE**, it is hereby **ORDERED** that Defendant's motion [535] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant may **SUPPLEMENT** her motion for early termination of supervised release **no later than November 15, 2026.**

**IT IS FURTHER ORDERED** that the Government must **RESPOND** to Defendant's motion **no later than December 15, 2026.**

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: August 10, 2026

2